

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-19-00374-CV

Adam **REPOSA,**
Appellant

v.

Keith **HENNEKE** and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
Honorable David Peeples, Judge Presiding

# O R D E R

    Mandie M. Alvarez's notification of late reporter's record is hereby GRANTED. Time is extended to October 4, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court